UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS DAVIS, JR., <br><br> Plaintiff, <br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. CV 09-3500-JFW (RNB) <br><br> ORDER TO SHOW CAUSE |

In its August 26, 2009 Order re Further Proceedings, the Court ordered plaintiff to serve and file his motion for judgment on the pleadings within 35 days of the service and filing of the Answer.

The Answer was served and filed on January 28, 2010. Although more than 35 days from that date now has elapsed, plaintiff still has not filed his motion for judgment on the pleadings.

Accordingly, on or before **April 9, 2010**, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file his motion for judgment on the pleadings, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (b) serve and file his motion for judgment on the pleadings in accordance with the format specified in the August 26, 2009 Order. Plaintiff is

forewarned that, if he fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED: March 11, 2010

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE