I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/25/10

DEPUTY CLERK

"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 25 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS DAVIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, Commissioner, <br><br> Defendant. | Case No. CV 09-3500-JFW (RNB) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) plaintiff's motion for judgment on the pleadings is denied; (2) the Commissioner's cross-motion for judgment is granted; and (3) judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this action with prejudice.

DATED: 8/23/10

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE